# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco RODRIGUEZ-Olvera**<br>YOB: 1982; Citizen of MEXICO | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-08635MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about May 20, 2018, at or near Tucson, Arizona, in District of Arizona, Francisco RODRIGUEZ-Olvera, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on July 28, 2008 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8 United States Code, Section 1326(a), United States Section a felony.

<u>Count 2</u>: On or about August 4, 2017, at or near Sasabe, Arizona, in District of Arizona, Francisco RODRIGUEZ-Olvera, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1); a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Francisco RODRIGUEZ-Olvera is a citizen of MEXICO. On July 28, 2008, Francisco RODRIGUEZ-Olvera was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On May 20, 2018, agents found Francisco RODRIGUEZ-Olvera in the United States at or near Tucson, Arizona without the proper immigration documents. Francisco RODRIGUEZ-Olvera did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, Francisco RODRIGUEZ-Olvera admitted to illegally entering the United States of America from Mexico on or about August 4, 2017, at or near Sasabe, Arizona, at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/<br>AUTHORIZED AUSA /s/Carolyn Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Deportation Officer<br>Kevin L. Barrette |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>May 30, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54